Byron G. Martin (#8824)
Steven M. Edmonds (#15592)
STRONG & HANNI
9350 South 150 East, Suite 500
Sandy, Utah 84070
Telephone:   (801) 532-7080
Facsimile:   (801) 596-1508
bmartin@strongandhanni.com
sedmonds@strongandhanni.com

Leah A. Tedford (*pro hac vice*)
John G. Papianou (*pro hac vice*)
Layal Issa Ramirez (*pro hac vice*)
Andrew Notaristefano (*pro hac vice*)
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
1735 Market Street
Philadelphia, PA 19103
Telephone:   (215) 772-7401
Facsimile:   (215) 772-7620
ltedford@mmwr.com
jpapianou@mmwr.com
lramirez@mmwr.com
anotaristefano@mmwr.com

*Attorneys for HireRight, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MEGAN THERESA CHASE,<br><br>Plaintiff,<br><br>vs.<br><br>HIRERIGHT, LLC,<br><br>Defendant. | **STIPULATION FOR EXTENSION OF TIME FOR HIRERIGHT TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT**<br><br>Case No. 1:23-cv-00107-HCN-JCB<br><br>Judge: Howard C. Nielsen, Jr.<br>Magistrate: Judge Jared C. Bennett |

Defendant HireRight, LLC and Plaintiff Megan Chase stipulate and request that the Court enter an order extending HireRight's deadline to reply in support of its motion for summary judgment up to and including August 18, 2025, under Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7-1(a)(4) and 7-1(a)(5).  In support, the parties state as follows:

1.      HireRight moved for summary judgment on June 6, 2025.  ECF 57.

2.      The parties stipulated to a two-week extension for Plaintiff's response to HireRight's summary judgment motion. ECF 63.

3.      Plaintiff filed an opposition to HireRight's motion on July 21, 2025.  ECF 69.

4.      HireRight's reply in support of its motion is currently due August 4, 2025.  DUCivR 7-1(a)(4)(B)(iv).

5.      Given counsel's schedule and the preparation necessary to file its reply, HireRight seeks a short, two-week extension of time to file its reply in support of its summary judgment motion.

6.      HireRight's counsel contacted Plaintiff's counsel and obtained consent to the requested extension.

7.      The requested extension will not affect any other deadlines in this case because none exist.  And the extension is not sought for delay or any dilatory purpose. Therefore, good cause exists for this extension.  Fed. R. Civ. P. 16(b)(4).

The parties respectfully request that the Court enter the attached proposed order granting this stipulated extension and extending HireRight's deadline to file its reply in support of its summary judgment motion up to and including August 18, 2025.

DATED: July 29, 2025

DHF LAW, PC

*s/ Joshua Kim (electronically signed with permission*
Devin Fok
Joshua Kim
2304 Huntington Drive, Suite 210
San Marino, CA 91108
(888)-651-6411 Telephone
(818) 484-2023 Facsimile
devin@devinfoklaw.com
joshua@devinfoklaw.com

*Attorneys for Plaintiff Megan Theresa Chase*

STRONG & HANNI

*/s/ Steven M. Edmonds*
Byron G. Martin (#8824)
Steven M. Edmonds (#15592)
STRONG & HANNI
9350 South 150 East, Suite 500
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
bmartin@strongandhanni.com
sedmonds@strongandhanni.com

Leah A. Tedford (*pro hac vice*)
John G. Papianou (*pro hac vice*)
Layal Issa Ramirez (*pro hac vice*)
Andrew Notaristefano (*pro hac vice*)
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: (215) 772-7401
Facsimile: (215) 772-7620
ltedford@mmwr.com
jpapianou@mmwr.com
lramirez@mmwr.com
anotaristefano@mmwr.com

*Attorneys for Defendant HireRight, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that July 29, 2025, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR HIRERIGHT TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT** was served by the method indicated below, to the following:

| | | |
|---|---|---|
| Steven R. Sumsion | (X) | Electronic Filing |
| Aspen M. Jensen | ( ) | Email |
| SUMSION BUSINESS LAW | ( ) | U.S. Mail, Postage Prepaid |
| 1800 Novell Place, 5th Floor | ( ) | Hand Delivered |
| Provo, UT 84606 | ( ) | Overnight Mail |
| steve@businesslawutah.com | ( ) | Facsimile |
| aspen@businesslawutah.com | | |

Devin Fok
Joshua Kim
DHF LAW, PC
2304 Huntington Drive, Suite 210
San Marino, CA 91108
devin@devinfoklaw.com
joshua@devinfoklaw.com

*Attorneys for Plaintiff*

*/s/ Savannah Linton*