UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MEGAN THERESA CHASE,<br><br>Plaintiff,<br><br>vs.<br><br>HIRERIGHT, LLC,<br><br>Defendant. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR HIRERIGHT TO REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGEMENT**<br><br>Case No. 1:23-cv-00107-HCN-JCB<br><br>Judge: Howard C. Nielsen, Jr.<br>Magistrate: Judge Jared C. Bennett |

Based on the parties' Stipulation for extension of time for HireRight to reply in support of its motion for summary judgment, the Court hereby ORDERS that HireRight's deadline to reply in support of its summary judgment motion is August 18, 2025.

\*     \*     \*

**IT IS SO ORDERED.**

DATED this [[__]]th day of [[___]], [[___]].
BY THE COURT:

_____
Judge Jared C. Bennett
United States Magistrate Judge