Byron G. Martin (#8824)
Steven M. Edmonds (#15592)
STRONG & HANNI
9350 South 150 East, Suite 500
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
bmartin@strongandhanni.com
sedmonds@strongandhanni.com

Leah A. Tedford (*pro hac vice*)
John G. Papianou (*pro hac vice*)
Layal Issa Ramirez (*pro hac vice*)
Andrew Notaristefano (*pro hac vice*)
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: (215) 772-7401
Facsimile: (215) 772-7620
ltedford@mmwr.com
jpapianou@mmwr.com
lramirez@mmwr.com
anotaristefano@mmwr.com

*Attorneys for HireRight, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| MEGAN THERESA CHASE,<br><br>Plaintiff,<br><br>vs.<br><br>HIRERIGHT, LLC,<br><br>Defendant. | **DEFENDANT HIRERIGHT, LLC'S NOTICE OF AMENDMENT OF HENDRICKS AND LUBIT DAUBERT MOTIONS**<br><br>**Case No. 1:23-cv-00107-HCN-JCB**<br><br>**Judge: Howard C. Nielsen, Jr.**<br>**Magistrate: Judge Jared C. Bennett** |

Defendant HireRight, LLC provides this Notice of Amendment of the Motion to Exclude Plaintiff's Expert Evan Hendricks (Dkt. No. 73), filed August 18, 2025 and also of the Motion to Exclude Plaintiff's Expert Roy Lubit (Dkt. No. 78), filed August 18, 2025. HireRight is filing amended motions to comply with the Court's local rule limiting these motions to ten pages. DUCivR 7-1(4)(D)(i). Contemporaneous to filing of this notice, HireRight is filing amended motions to replace those previously filed.

DATED August 21, 2025        STRONG & HANNI

                                           */s/ Steven M. Edmonds*
                                           Steven M. Edmonds
                                           Byron G. Martin
                                           *Attorneys for Defendant HireRight, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, a true and correct copy of the foregoing **DEFENDANT HIRERIGHT, LLC'S NOTICE OF AMENDMENT OF HENDRICKS AND LUBIT DAUBERT MOTIONS** was served by the method indicated below, to the following:

| | |
|---|---|
| Steven R. Sumsion | (X) Electronic Filing |
| Aspen M. Jensen | ( ) Email |
| SUMSION BUSINESS LAW | ( ) U.S. Mail, Postage Prepaid |
| 1800 Novell Place, 5th Floor | ( ) Hand Delivered |
| Provo, UT 84606 | ( ) Overnight Mail |
| steve@businesslawutah.com | ( ) Facsimile |
| aspen@businesslawutah.com | |

Devin Fok
Joshua Kim
DHF LAW, PC
2304 Huntington Drive, Suite 210
San Marino, CA 91108
devin@devinfoklaw.com
joshua@devinfoklaw.com

*Attorneys for Plaintiff*

/s/ Joani Pearson