# EXHIBIT 1

# (R. Lubit Expert Report, Jan. 27, 2025)




**Roy Lubit MD, Ph.D.**

165 West End Ave 3K
New York, NY 10023

roylubit@rcn.com
917-846-7829

<u>Board Certifications</u>
Psychiatry and Neurology
Child & Adolescent Psychiatry
Forensic Psychiatry

January 27, 2025

Re: Chase, Megan (DOB ███████████)

**Background Information**

 I am a physician board certified in psychiatry, in forensic psychiatry and in child and adolescent psychiatry. I have published and lectured on emotional trauma. I have held faculty positions and was recently offered a voluntary faculty position. I have been given expert status in roughly 20 states, several federal courts and military courts.

 I was asked by Megan Chase's lawyer to do a forensic psychiatric evaluation of Megan to assess what emotional injuries, if any, she suffered as a result of Alorica offering her a position, and then rescinding it because of inaccurate information about her legal history.

**Sources of Information**
- Interview of Megan Chase
- Deposition of Megan Chase
- Complaint

**Interview of Megan Chase**

*Early development*

Megan initially lived with her mother and biological father. Her biological father left when she was 4. She has a sister (Meredith) who is four years older than herself, a brother (Justin) who is two years older, and a brother who is 2 years younger than herself. She was born and raised as a Catholic.

Megan's mother remarried in 1981, when she was 6. She has a stepbrother 6 years older than herself who, after being in the military, died of a drug overdose, and a step sister 4 years older.

EXHIBIT
2  4/23/25  CB

She saw her father a lot until 1984 when her new family moved away and her father wasn't able to visit. She would have liked to see him more. Her father died in 1996 in a motorcycle accident.

Megan said that her stepfather treated them well, loved them and would do anything for them. He was an arbitration lawyer. He died of cancer about 3 years ago. Her mother, double mastectomy has had a double mastectomy. Megan said that she and her mother loved each other, but her mother wasn't always nice to her. Megan was the black sheep of the family.

Megan became pregnant and married when she was 17. Her mother said weird things to her. Her mother told her that her real dad raped her mother and that's how she came to be. Megan doesn't believe it since her mother is 6 inches taller than her father. Her mother told her that her dad left her alone, and went to a bar to drink. Her father said that Megan's mother drank. Megan said that her mother was an alcoholic. Her mother was mean when she was drunk and blamed Megan for everything. When Megan was 10 she and one or more siblings had to hide and go to the Mormon Church. Megan's mother made it look like sister pushed her down the stairs, when she hadn't. Her household was very strict. Megan said that the kids had their butts whipped at times growing up. Mother got more physical and abusive as she got older. Now they get along OK.

When Megan was an adult, her mother came to her room and said: you make me sick. Megan told her to get out of her room. She slapped Megan, and Megan slapped her back. Megan was then booted out of the house.

Megan first married when she was 17 and pregnant, they split up when she was 19, and divorced when she was 21. One day Mega came nhome early and the door was locked. She saw her children and nephew in the living room. Her husband wouldn't open the door. He was in the bedroom, with a pillow over his head and ear plugs and therefore was not attending to the children. She told him that she would move in with her parents. Her husband used acid and was diagnosed with schizophrenia. Her husband (Scott) hooked up with her brother's ex girlfriend Britton.

June of 2008 she married Steven and they were together until he died in 2019, of an aneurysm at the age of 57. The marriage was horrible.

Megan has 3 children, Jordan born December 1992, Britney born October 1993, and Audrey (who has a different father) born September 1997.

Megan left high school in October 1992 when she was pregnant and in her junior year. She said she was a straight A student. She earned her GED in July of 1997.

When she was 16, Megan worked at McDonalds, and then at Hardy's until she gave birth. Over time she worked as a welder (on small items), worked in machine operations and in home care.

She had been studying to be a certified medical assistant but had endometriosis, had a hysterectomy when she was 23 and was fired from training because of missing school because of

the medical issue.  She had a constant period and all of her babies were premature because of the shape of her uterus.

*7-11 Issue*

Megan stated that she has worked at 7/11 stores prior to the incident in question.  The franchiser of the 7-11 she began working for was 10 years younger than herself and had two people with felony convictions working for him.  One of them, Matt Taylor, walked up to her one day and said, if I was you, I know the owner really well and if you try to get me fired I'll get you fired with felony charges.  The next week, Nicholas Cole Abbot, said that the week before he had to fire someone for stealing cigarettes.  The owner of the franchise told her that everyone had quit counting cigarettes.  Megan, having worked at various 7-11 stores previously replied that one can't not count.

Next, Matt said he had $2600 in the money bag.  He tried to tell Megan that $1600 was missing.  A week later Matt told Megan that her money draw was $150 short.

Megan said that she had nothing to do with it.  Matt harassed her.  Megan said that if he didn't stop she would quit and walk out.  Matt then gave her a bear hug from behind.

He boyfriend suggested to Megan that she call the owner of the 7-11.  She went to her car.  The owner then got mad at her for leaving.  Sat she worked 3PM to 11PM.  She had wanted her boyfriend (Daniel Hartz) to come with her to speak with the owner, but he couldn't.

The owner and his brother who also owned a 7-11 were there.  He was hateful, and said what have you been doing for the last 2 weeks.

The owner's brother called her a fucking liar.  Megan responded: stop disrespecting me.  He claimed that Megan had stolen money, and cigarettes.  Megan said that she had forgotten to pay for a pack of cigarettes and offered to do so.  They wouldn't let her pay for it and said they would call the police.  Megan replied She forgot to pay for a pack of cigarettes please do so.

The police came and said it is hard when you know the people and have to arrest them.
The sheriff, after being in the 7-11 office, and perhaps seeing a tape of the store, told her to go home.  Then, the sheriff told her to come in and sign a ticket for retail theft because the owner was pressing charges.  The owner said he wanted to make an example of her.

Megan and Daniel Hartz, who she had now married, thought the owner was embezzling money and 6 months later Megan found out that they had been.

She was charged with class B misdemeanor.  It took a toll on her mental well-being.  She never suspected the owner of doing such a thing.

HireRight ran a background check on Megan and said she pled guilty to a class B misdemeanor in 2020 or 2021.   The judge found her guilty.  She appealed the decision from justice court in

the district court. The charge was supposed to go away when appealed. Appeals court knocked it down to an infraction and a $200 ticket and it would eventually be dismissed.

Megan applied for a job at Alorica a 3rd party company that is hired to take calls from companies. Alorica works with Goldman Sachs,

Megan had been offered the job at Alorica, but the offer was rescinded when they got the background check.

She has since worked at job corps and Fedex and in home care, and started a business a residential cleaning business. She has worked for "Rise" which helps teenagers with disabilities, get them to appointments, and to and from school.

For the last 11 years she has been with Daniel. They currently live with and take care of his father.

*Mental Status*

Megan was alert and oriented to person, time and place. She was appropriately dressed and groomed. Her speech was normally paced and goal directed. There were no loose associations or tangentiality. Her affect was constricted and her mood sad and hurt by how she had been treated and its affect on her life. No abnormal movements were noted. There was no sign of psychosis and she was not suicidal.

*Symptoms*

On a 10 point scale in which 10 is ecstatically happy, 7 and 8 are where people without any psychological problems function, and 1 is the worst depression possible, Megan stated that at her worst after Alorica she was at 3 or 4 and she is currently at 5 or 6.



Beck Depression Inventory 2

Her current scores are in magenta.
The worst she felt after the problem with Alorica is in blue.

Sadness
0 I do not feel sad.
1 I feel sad much of the time.
2 I am sad all the time.
3 I am so sad or unhappy that I can't stand it.

Pessimism
0 I am not discouraged about my future.
1 I feel more discouraged about my future than I used to be.

2 I do not expect things to work out for me.
3 I feel my future is hopeless and will only get worse.

Past Failure
0 I do not feel like a failure.
1 I have failed more than I should have.
2 As I look back, I see a lot of failures.
3 I feel I am a total failure as a person.

Loss of Pleasure
0 I get as much pleasure as I ever did from the things I enjoy.
1 I don't enjoy things as much as I used to.
2 I get very little pleasure from the things I used to enjoy.
3 I can't get any pleasure from the things I used to enjoy.

Guilty Feelings
0 I don't feel particularly guilty.
1 I feel guilty over many things I have done or should have done.
2 I feel quite guilty most of the time.
3 I feel guilty all of the time.

Punishment Feelings
0 I don't feel I am being punished.
1 I feel I may be punished.
2 I expect to be punished.
3 I feel I am being punished.

Self-Dislike
0 I feel the same about myself as ever.
1 I have lost confidence in myself.
2 I am disappointed in myself.
3 I dislike myself.

Self-Criticalness
0 I don't criticize or blame myself more than usual.
1 I am more critical of myself than I used to be.
2 I criticize myself for all of my faults.
3 I blame myself for everything bad that happens.

Suicidal Thoughts or Wishes
0 I don't have any thoughts of killing myself.
1 I have thoughts of killing myself, but I would not carry them out.
2 I would like to kill myself.
3 I would kill myself if I had the chance.

Crying

0 I don't cry any more than I used to.
1 I cry more than I used to.
2 I cry over every little thing.
3 I feel like crying, but I can't.

Agitation
0 I am no more restless or wound up than usual.
1 I feel more restless or wound up than usual.
2 I am so restless or agitated that it's hard to stay still.
3 I am so restless or agitated that I have to keep moving or doing something.

Loss of Interest
0 I have not lost interest in other people or activities.
1 I am less interested in other people or things than before.
2 I have lost most of my interest in other people or things.
3 It's hard to get interested in anything.

Indecisiveness
0 I make decisions about as well as ever.
1 I find it more difficult to make decisions than usual.
2 I have much greater difficulty in making decisions than I used to.
3 I have trouble making any decisions.

Worthlessness
0 I do not feel I am worthless.
1 I don't consider myself as worthwhile and useful as I used to.
2 I feel more worthless as compared to other people.
3 I feel utterly worthless.

Loss of Energy
0 I have as much energy as ever.
1 I have less energy than I used to have.
2 I don't have enough energy to do very much.
3 I don't have enough energy to do anything.

Changes in Sleeping Pattern
0 I have not experienced any change in my sleeping pattern.
1 I sleep somewhat more than usual.
1 I sleep somewhat less than usual.
2 I sleep a lot more than usual.
2 I sleep a lot less than usual.
3 I sleep most of the day.
3 I wake up 1-2 hours early and can't get back to sleep.

Irritability

0 I am no more irritable than usual.
1 I am more irritable than usual.
2 I am much more irritable than usual.
3 I am irritable all the time.

Changes in Appetite
0 I have not experienced any changes in my appetite.
1 My appetite is somewhat less than usual.
1 My appetite is somewhat greater than usual.
2 My appetite is much less than before.
2 My appetite is much greater than usual.
3 I have no appetite at all.
3 I crave food all the time..  Prior weight was 90 pounds and she is now 112 pounds. She is 4'10" and did not want to gain weight

Concentration Difficulty
0 I can concentrate as well as ever.
1 I can't concentrate as well as usual.
2 It's hard to keep my mind on anything for very long.
3 I find I can't concentrate on anything.


Tiredness or Fatigue
0 I am no more tired or fatigued than usual.
1 I get more tired or fatigued more easily than usual.
2 I am too tired or fatigued to do a lot of the things I used to do.
3 I am too tired or fatigued to do most of the things I used to do.

Loss of Interest in Sex
0 I have not noticed any recent change in my interest in sex.
1 I am less interested in sex than I used to be.
2 I am much less interested in sex now.
3 I have lost interest in sex completely.

Megan's score on the Beck Depression Inventory 2 currently is 22: moderate depression
Megan's score at its worst after the Alorica issue was 41: severe depression begins at 30.

On the GAD 7, a measure of anxiety, Megan reported:

Since the problems at Alorica nearly every day Megan

- Feels nervous, anxious, or on edge.
- Is not able to stop or control worrying.
- Worries too much about different things.
- Has trouble relaxing.
- Is so restless that it is hard to sit still.

- Becomes easily annoyed or irritable.
- Feels afraid, as if something awful might happen
- Nothing like this except perhaps 19 or 20.

*Post Traumatic Stress Disorder*
The first DSM5 criteria required to render a diagnosis of PTSD is being exposed to actual or threatened death, serious injury, or sexual violence.  Exposure can entail directly experiencing the event, witnessing it happening to another person, learning it has happened to a close family member or close friend, or repeated extreme exposure to aversive details of the traumatic event. an event that creates a risk of serious injury, or sexual violence. The victim may directly experience the threat/injury, see it happen to someone else, hear about it happening to someone one close to them, or have repeated or extreme exposure to the aftermath.

The symptoms of PTSD are grouped into four categories: intrusion symptoms, persistent avoidance of stimuli associated with the traumatic event, negative alterations in cognitions and mood, marked alterations in arousal and reactivity.

The first symptom criteria is intrusion recollections: recurrent, involuntary, and intrusive distressing memories of the traumatic event(s); recurring distressing dreams in which the content or affect is associated with the traumatic event; dissociative reactions in which the individual feels or acts as if the traumatic event were recurring; prolonged psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event; marked physiological reactions to internal or external cues that symbolize or resemble an aspect of the event.  Intrusion symptoms result from a variety of processes, including unusual memory handling and storage caused by the intense emotions connected with the memory. Stimuli and thoughts associated with the traumatic event serve as traumatic triggers, bringing it into the forefront of the victim's mind, and leading the individual to experience intense emotional distress. When reminded of the event the individual may feel as if he or she is reliving it rather than simply thinking about it.

*Intrusive memories*
- Thoughts about what has happened, being let down by various people come to mind daily.  The injustice, and being accused of something she didn't do is on her mind daily.  She feels let down by the justice system, and by people she trusted.
- She is triggered going by going by 7-11 and feels disgusted, depressed, disappointed, and anxious.

The second symptom criteria of PTSD are efforts to avoid distressing memories, thoughts, or feelings about or closely associated with the event.  Or, efforts to avoid external reminders (people, places, conversations, activities, objects, situations that arouse distressing memories, thoughts or feelings about or closely associated with the traumatic event.  This symptom is the result of the person trying to avoid the pain that arises when memories of the event are triggered by associations.

- Megan avoids the specific 7-11 where the problems occurred and 7-11 stores in general.
- She avoids socializing, and would rather stay home, since the events in question.

The third symptom criterion is 2 or more negative alterations in cognitions and mood associated with the traumatic event(s). Inability to remember an important aspect of the event generally due to dissociation; persistent and exaggerated negative beliefs or expectations about oneself, others or the world; persistent, distorted cognitions about the cause or consequences of the event; persistent negative emotional state; markedly diminished interest or participation in significant activities; feelings of detachment or estrangement from others; persistent inability to experience positive emotions (happiness, satisfaction, love).

- She feels estranged from people.
- It is harder for her to trust people.  She used to give everyone the benefit of doubt.
- She has a lot of anxiety plus depression
- The events in question have adversely affected her view of the world, the world is not what she thought it was

The final group of symptoms are marked alterations in arousal and reactivity associated with the traumatic event: irritable behavior and angry outbursts; reckless and self-destructive behavior; hyper-vigilance; exaggerated startle response; problems with concentration; sleep disturbance (difficulty falling or staying asleep or restless sleep).

- Her sleep time is down.
- Her concentration has decreased.
- She has become irritable.
- She has an increased startle reaction.
- She has become hyper-vigilant.

In addition to her symptoms, a major loss for Megan has been that she cannot get the jobs she wants. Another major loss is that she doesn't feel social as she used to feel.  She used to love going out with people, and family gatherings.  In addition to seeing people in person much less, she spends only half as much time on phone calls with friends as she used to and has somewhat reduced her phone time even with her kids. She used to go on vacations camping.  She doesn't like it anymore.

**Conclusion**

To a reasonable degree of medical certainty, Megan is suffering from generalized anxiety disorder, depression and the symptoms of PTSD, as well as betrayal trauma.  Megan cannot be diagnosed with PTSD as a result of the actions of Alorica because the actions did not constitute a threat of serious physical injury or sexual violence. Nevertheless, she has sufficient symptoms of PTSD to fulfill the symptomatic criteria.  The symptoms she has and the enduring damage to her mental health are the result of the actions of Alorica, claiming incorrectly believing that she plead guilty to a crime she did not plead guilty to and which the district court rejected.

Betrayal trauma is the emotional harm suffered when an individual or institution that someone relies on for important needs (protection, emotional support, livelihood) seriously

violates the person's welfare or trust. Betrayal trauma can entail acts of commission (assault, humiliation, unfair treatment) or of acts of omission (failure to render expected help). Experiences are deemed traumatic if they overwhelm an individual's coping mechanisms and cause enduring psychological harm.

We are aware that accidents and evil people can do us great harm even if we have never suffered such traumas. When a traumatic incident occurs, the risk goes from the realm of imagination to reality. Confronting the reality that there are people who will knowingly do us harm, and that accidents can destroy our lives, alters our mental models of the world to ones which are more dangerous. Nevertheless, our fundamental images of a world with warmth, affection and people who care about us that we can depend upon remains if we obtain ample support after being traumatized. Betrayal, however, can both shatter the victims' beliefs that there are people who can be trusted, leaving the victim not only isolated but hopeless.

   Betrayal can damage victims' sustaining beliefs in the basic fairness and decency of society, and that the world is manageable. Shattered assumptions about whether other people can be trusted, and about our judgment in deciding who to trust makes forming new close relationships difficult to impossible. Victims are then left isolated, without support. The shattering of assumptions about the world is a major factor leading to PTSD (Janoff-Bullman, 2002).

   Experiencing betrayal, can cause almost all of the symptoms of threat of serious injury or sexual violence (which fulfill the causal criteria of PTSDi.  Betrayal undermines victims' trust in others and their ability to experience emotional support. Betrayal can also lead to shame, which exacerbates symptoms and prolongs recovery from traumatic events (Saraiya & Lopez-Castro 2016). Research has shown that victim blaming, a powerful form of betrayal of victims, correlates with shame, low self-esteem, negative cognitions and greater trauma-related distress (Bonnan-White et al., 2018; DeCou, et al., 2019; Orchowski et al. 2013).

   Megan experienced betrayal trauma when Alorica offered her a position, and then took it back based on false information and then failed to quickly rectify it.  In the aftermath she could not obtain a job in which companies did background checks.  She could not do the work she expected to do and wanted to do and instead had to look for and settle for less desirable positions.  In addition, an individual suffers harm when their reputation is attacked, especially when it is online for endless numbers of people to see.  Evolutionary psychology would suggest that people have been hard wired by evolution to care about their reputation and be very upset if it is damaged.

Shakespeare noted that:
  "Good name in man and woman, dear my lord,
Is the immediate jewel of their souls:
Who steals my purse steals trash; 'tis something, nothing;
'twas mine, 'tis his, and has been slave to thousands;
But he that filches from me my good name
Robs me of that which not enriches him,
And makes me poor indeed."

Emotional trauma in general, including betrayal trauma can shatter the basic assumptions, sustaining beliefs, people have about the world and their ability to manage it, and their ability to trust and have relationships.  Together they lead to loss of the ability and desire to connect with others. Isolating oneself deprives an individual of key bases of emotional support needed to deal with the stresses of life and denies an individual the source of most healthy pleasures in life. Megan has greatly withdrawn from relationships.

Suffering trauma, in the case of Megan betrayal trauma from the actions of Alorica, decreases resilience by altering the victim's beliefs and the world and the victim's belief that he or she has the ability to manage the vicissitudes of the world.  The stress of betrayal trauma also leads to changes in the brain and neuroendocrine system that decrease resilience.  Decreased resilience leads individuals to become symptomatic as a result of stresses that they otherwise could have handled.

Being relatively isolated, having relatively little human interaction is very bad for both psychological and physical health. Two postings on the website of the American Psychological Association discuss this.  Research has shown that a lack of social connection heightens health risks as much as smoking 15 cigarettes a day or having alcohol use disorder. Research also found that loneliness and social isolation are twice as harmful to physical and mental health as obesity. Loneliness can wreak havoc on an individual's physical, mental and cognitive health including depression, poor sleep quality, impaired executive function, accelerated cognitive decline, poor cardiovascular function and impaired immunity at every stage of life. Social isolation increases the risk of premature death from every cause for every race. Loneliness is associated with a 40 percent increase in a person's risk of dementia. Leukocytes of lonely participants—both humans and rhesus macaques—showed an increased expression of genes involved in inflammation and a decreased expression of genes involved in antiviral responses.[1]

It is very important to continue to engage with the world even though it is difficult. Withdrawal and avoiding people, social activities, and outings tend to lead to increased anxiety when the trauma victim does try to go out.  The victim's life becomes increasingly constricted.

Once someone is traumatized and compromised, their functioning in all areas declines. This decline causes further injury.  Allostatic attrition often occurs, i.e., their emotional resources to deal with the distress they are in declines and symptoms increase.  Year after year they see themselves not able to be the person they wanted and/or expected to be and this adds additional hurts.  Not doing as well socially and at work (or school) as they had hoped or expected to do, adds further emotional burden.

*Impact of Emotional Trauma on the Brain*

"Corticotropin-releasing hormone (CRH) plays a central role in the adaptation of the organism to stress. It serves as the main regulating hormone of the hypothalamic pituitary

---

[1] https://www.apa.org/monitor/2019/05/ce-corner-isolation

adrenal (HPA) axis, which is activated within seconds after exposure to acute stress. Furthermore, it acts as a neurotransmitter in numerous other brain regions.

Globally, CRH leads to a number of metabolic, neuroendocrine and autonomic adaptations, which are vitally important for an adequate reaction to acute stress, but can lead to pathological somatic and psychological effects in chronic stress situations. The adequate functioning of CRH is a delicate equilibrium, which can be permanently disturbed by early experiences of physical or sexual abuse, leading to psychopathology in adulthood."[2]

Glucocorticoid (GC) secretion is regulated via a negative feedback mechanism. CRH stimulates cortisol production and increased levels of cortisol decrease the release of CRH. However, severe stress leading to high levels of CRH secretion can break through the feedback inhibition.

Emotional trauma has a profound impact on the neuroendocrine system. Stress leads the hypothalamus to release CRH, which stimulates production of ACTH and activates the locus coeruleus-noradrenergic (LC-NA) system. The LC-NA system activates the fight-flight reaction sending signals widely throughout the brain causing hyperresponsiveness (Hughes & Shin, 2011). Corticotropin Releasing Hormone (CRH) stimulates production of cortisol, affecting important bodily processes, and also modulates behavioral activities concerning anxiety, mood, arousal, locomotion, reward, and feeding and increases sympathetic activation.

High levels of stress, PTSD and depression adversely affect the size and activity level of various brain structures, as well as the connections between structures. As a result, victims' resilience to stress, ability to self-regulate, and ability to learn are impaired (Teicher & Khan, 2019).

Mineralocorticoid activation within the brain has been shown to mediate the stress-induced adaptive shift from a "cognitive" memory (mediated by hippocampus) to a more rigid, "habit-like" memory (mediated by striatum)[3] reflecting the limited-resources condition of the "fight or flight" paradigm, in which the system is conceived to rapidly recall and enable simple stimulus responses to face a stressful situation.[4] "Cognitive impairment is commonly found in glucocorticoid (GC) related disorders. The main brain areas affected are the hippocampus and pre-frontal cortex, with memory being the most affected domain."[5]

---

[2] Stephan Claes (2004) Corticotropin-releasing hormone (CRH) in psychiatry: from stress to psychopathology, *Annals of Medicine*, 36:1, 50-61,

[3] Vogel S, Klumpers F, Schroder TN, Oplaat KT, Krugers HJ, Oitzl MS et al (2017) Stress induces a shift towards striatum-dependent stimulus-response learning via the mineralocorticoid receptor. *Neuropsychopharmacology* 42(6):1262–1271.

[4] De Alcubierre, D., Ferrari, D, Mauro, G, Isidori AM, Tomlinson, JW, Pofi, R (2023). Glucocorticoids and cognitive function: a walkthrough in endogenous and exogenous alterations. *J Endocrinol Invest.*

[5] De Alcubierre, D., Ferrari, D, Mauro, G, Isidori AM, Tomlinson, JW, Pofi, R (2023). Glucocorticoids and cognitive function: a walkthrough in endogenous and exogenous alterations. *J Endocrinol Invest.*

Chronic HPA axis overactivity leads to a number of adverse effects on the organism.[6] . A number of these effects can be seen in major depression which (as discussed further) is associated with chronic CRH hyperdrive.[7]

Traumatized women exhibited increased pituitary-adrenal and autonomic responses to stress compared with controls. This effect was particularly robust in women with current symptoms of depression and anxiety. Women with a history of childhood abuse and a current major depression diagnosis exhibited a more than 6-fold increase in ACTH response to stress.[8]

Taken together, these data suggest that PTSD, like MDD, is characterized by a central CRH hyperdrive, but that in PTSD, unlike in MDD, HPA axis negative feedback is enhanced, resulting in a low cortisol output.[9]

The Anterior Cingulate Cortex (ACC), as well as other parts of the prefrontal cortex, are involved in emotional and sensory processing. The ACC assesses the emotions of others and ourselves. The ACC considers various courses of action, both short term and long term, and selects the best one. The ACC allocates attention to various activities and affects how we respond to physical and emotional pain. The PFC and hippocampus (the center of learning and memory) exert inhibitory control over the amygdala, the stress response and emotional reactivity. Under high levels of stress, ACTH production increases. ACTH leads to release of glucocorticoids, which are neurotoxic to the anterior cingulate cortex (ACC), other parts of the prefrontal cortex (PFC), and the hippocampus. In PTSD the hippocampus and ACC are reduced in size, decreasing their ability to restrain the Amydala's reactions to perceived threats (Wang et al., 2021; Sherin & Nemeroff, 2011; O'Doherty et al., 2017; Jin et al., 2014; Jovanovic et al., 2009; Logue et al., 2018).

O'Doherty, et al. (2018) found that people who were exposed to trauma, whether or not they developed PTSD, had significant disruption in the brain's white matter. Traumatic experiences alter the hippocampus' functional connectivity with the medial and lateral prefrontal cortices further impairing emotional processing and control of the Amygdala. Moreover, the Corpus Callosum (which connects the two sides of the brain) shrinks in size, perhaps impairing coordination between the verbal and perceptual parts of the brain, further weakening control of feelings (O'Doherty, et al. 2015). Meng et al. (2020) found that healing of axons correlated with symptom improvement.

---

[6] Gold PW, Chrousos GP. (2002) Organization of the stress system and its dysregulation in melancholic and atypical depression: high vs low CRH/NE states. *Mol Psychiatry* 7:254±75.

[7] Stephan Claes (2004) Corticotropin-releasing hormone (CRH) in psychiatry: from stress to psychopathology, *Annals of Medicine*, 36:1, 50-61.

[8] Heim C, Newport DJ, Heit S, Graham, YP, Wilcox, M, Bonsall R, et al. (2000) Pituitary-adrenal and autonomic responses to stress in women after sexual and physical abuse in childhood. *JAMA* 284:592. And Claes IBID

[9] Stephan Claes (2004) Corticotropin-releasing hormone (CRH) in psychiatry: from stress to psychopathology, *Annals of Medicine*, 36(1), 50-61.

People with PTSD have been found to have significant cognitive deficits in working memory, immediate recall, and delayed memory, as well as the processing of complex information, attention and executive functions. These deficits are consistent with studies of the brain in people with PTSD which have shown that the anterior cingulate cortex, ventromedial PFC and left hippocampus and temporal pole/middle temporal gyrus are reduced in size (Scott et al., 2015).

Research has also shown accelerated cognitive decline in women aged 50 to 71 with PTSD. Higher levels of PTSD symptoms correlated with more rapid cognitive decline (Roberts et al., 2022). Research has also found an increased risk of dementia in people with PTSD (Wang et al., 2016).

High levels of stress, whether or not the victim meets PTSD criteria have a negative impact on the brain (Pace et al., 2006). Deficits in major depression also occur, but they are different. Deficits in major depression are primarily in visual learning memory, working memory, attention and executive functions.

*Impacts on Physical Health*

There are two primary pathways by which emotional trauma leads to medical diseases. The first concerned the use of destructive ways of coping with the emotional pain including overeating, smoking, drug use, and promiscuity. The second pathway is the damage from chronic stress: problems with the immune system; chronic hypercortisolemia and proinflammatory cytokines; auto-immune diseases; chronic headache or back pain, primary pulmonary fibrosis, osteoporosis, and coronary artery disease.[10] Dai (2020) and Lovallo (2015) note that high levels of stress promote obesity, substance abuse, cardiovascular disease and disrupt the immune system decreasing resistance to infection and promoting cancer growth.

*Prior Issues Do Not Immunize People for Future Abuse*

That someone had suffered emotional damage and had problems before does not immunize the person from suffering additional harm. In fact, having previously been harmed decreases the individual's resilience and would generally lead to subsequent abuse having a more serious impact than it would on someone who had not been previously harmed.

**Impact of Trauma on Functioning at Work**

My training, publishing and experience concerning organizational behavior, includes the area of emotional intelligence. Salovey & Mayer defined emotional intelligence as "the subset of social intelligence that involves the ability to monitor one's own and others' feelings and emotions, to discriminate among them and to use this information to guide one's thinking and actions"[11] It "includes the abilities to accurately perceive emotions, to access and generate

---

[10] Felitti, V. (2009). Adverse Childhood Experiences and Adult Health. *Academic Pediatrics* 9:131-2

[11] Salovey and Mayer (1990:190) Salovey, P. & Mayer, J. D. (1990). Emotional intelligence. Imagination, Cognition, and Personality, 9, 185-211.

emotions so as to assist thought, to understand emotions and emotional knowledge, and to reflectively regulate emotions so as to promote emotional and intellectual growth."[12]  Dan Goleman, has carried out research concerning its importance at work.  In *Working with Emotional Intelligence*, he discussed the importance of four domains whose importance to success are readily apparent: self-awareness, self-management, social-awareness and relationship management.  Each of these domains is supported by a set competences.  All are important to social and work success.  Goleman asserts that as long as an individual has the intellectual ability to meet the demands of the work, emotional intelligence has a greater impact on achievement than higher levels of IQ.[13]

Traumatic experiences greatly undermine an individual's emotional intelligence.  Trauma leads to anxiety, depression and anger which adversely affect an individual's ability appreciate and appropriately respond to the feelings of others.  Trauma also interferes with victims' ability to control their own emotions and tends to undermine concentration, motivation and energy.  Suffering trauma tends to lead to an external locus of control, the belief that things are determined by forces outside of yourself, as opposed to having an internal locus of control, the believe that one's own efforts are the determinative factor in outcomes.[14]  Trauma leads to an external locus of control in which the individual feels that outside forces, rather than their own efforts, determine their success or failure.  Self-efficacy refers to an individual's beliefs concerning "how well one can execute courses of action required to deal with prospective situations".[15]  Self-efficacy is deeply affected by seeing oneself succeeding or failing in endeavors, the encouragement or discouragement the person faces along the way, the success or failure of role models, the individual's emotional state and whether they imagine themselves failing or succeeding.[16]

---

[12] Salovey, P; Mayer, J; Caruso, D (2004), "Emotional Intelligence: Theory, Findings, and Implications", Psychological Inquiry, pp. 197–215

[13] Goleman D. (1998). Working with emotional intelligence, Random House Inc., New York.  Goleman D. (1995) Emotional intelligence, Random House Inc., New York.  Golman, D (1995) *Emotional Intelligence: Why It Can Matter More Than IQ*, Bantam Books. 1998: *Working with Emotional Intelligence*, Bantam Books; 2001: *Primal Leadership: Unleashing the Power of Emotional Intelligence*, with Richard Boyatzis and Annie McKee, Harvard Business Review Press.  2006: *Social Intelligence: Beyond IQ, Beyond Emotional Intelligence*, Bantam Books, 2013: *Focus: The Hidden Driver of Excellence*, Harper Collins.  Richard Boyatzis, through numerous articles and book chapters, writes about how to foster emotional intelligence.  In *Emotional Intelligence 2.0 and The Emotional Intelligence Quick Book:* Travis Bradberry and Jean Greaves present programs for developing your EQ.  In *The EQ Interview* Adele Lynn presents recommendations for selecting employees with high levels of EQ.  Linda Lantieri, in Building Emotional Intelligence and Howard Shapiro *in How to Raise a Child With a High EQ* present recommendations on parenting techniques to fostering emotional intelligence in children.

[14] Lefcourt, H.M. (1976). Locus of Control: Current Trends in Theory and Research. NJ: Lawrence Erlbaum Associates. Rotter, Julian B (1975). "Some problems and misconceptions related to the construct of internal versus external control of reinforcement". *Journal of Consulting and Clinical Psychology*. 43.56–67; Rotter, Julian B (1990). "Internal versus external control of reinforcement: A case history of a variable". *American Psychologist*. 45(4): 489–493.

[15] Bandura, A. (1977). Self-efficacy: Toward a unifying theory of behavioral change. *Psychological Review, 84*(2), 191–215.

[16] Bandura, A. (1977). Self-efficacy: Toward a unifying theory of behavioral change. *Psychological Review, 84*(2), 191–215.

Our emotional state, and our ability to manage our feelings and the expression of our feelings play central roles in how others perceive us and whether they want to work with us. People are drawn to those who exhibit poise and confidence, and often confuse confidence with competence.[17] People who have, or develop, quiet confidence will be seen by others as more capable than their peers, and customers and co-workers will prefer to work with them. No matter how competent people are, others will tend to see the person as lacking in competence if the individual appears anxious and unsure of himself.

Similarly, our ability to read and effectively respond to the feelings of others will also greatly affect who will want to work with us and how effectively and productively we can work together. When feelings dominate logic by overwhelming our judgement and ability to objectively assess situations and the impact of various courses of action, we are destined to make poor decisions and behave in counterproductive ways.

Emotions can also flood us with affect and suppress our ability to rationally analyze situations. When flooded with emotion it can be hard to focus. Strong feelings frequently pull our attention away from our long-term objectives, pressure us to engage in an activity the emotion promotes, lead us to markedly discount the future, and minimize the costs that will arise from unwise actions.

Our emotional state also provides the energy and drive to pursue objectives. Fear can lead us to withdraw or feel overwhelmed and accomplish little. The fight-flight reaction to danger is actually fight-flight-freeze. Being able to mute strong negative emotions can be crucial to getting work done. Depression leaves us without energy and anxiety drains it leading us to eventually be exhausted.

Anxiety and depression drain our energy, deter us from engaging in worthwhile endeavors, undermine concentration and undermine people's confidence in us. Anger can cloud our judgment, distract us from productive goals, lead to destructive actions, and alienate others. Anger also interferes with empathy, the ability to understand others, be responsive to others and thereby establish good working relationships. It is difficult to be calm and tactful when angry. When fearful, it is difficult to inspire confidence in others, to think with a clear head, and move ahead. Human behavior arises from the duality of reflection and impulse, and the individual's ability to restrain impulses, which tend to be driven by short term tensions and desires, without reflection's concern for long term impacts.

We do not have to be aware of feeling upset to be affected by our feelings. In fact, when people are out of touch with their emotions, they are most likely to act on the feelings without exercising the self-control that is needed for success. Our emotions often have the greatest impact on our behavior when we do not know what we are feeling. If you are unaware of your

---

[17] In reality, the most competent people are often the ones without great confidence. Their lack of confidence leads them to work harder and double check things, increasing the likelihood of success and decreasing the risk of disaster. Excessive confidence often leads people to be sloppy and/or reject ideas and concerns that others raise. Of course, the lack of confidence needs to be under sufficient control that the person does not avoid the challenge.

anger toward someone, you lose the opportunity to resolve the anger and are more likely to act it out.

**Treatment Needed**

Megan will never fully recover from what was been done to her.  Trauma therapy may decrease some symptoms so that a traumatized individual no longer has sufficient symptoms to meet the diagnostic criteria.  Treatment leading to an end to intrusion symptoms or avoidance symptoms is helpful.  However, generally, the symptoms that are most destructive are the negative alterations in mood and cognition and trauma-based changes in reactivity and arousal.  Negative feelings about oneself and the world, loss of the ability to reasonably trust others, inability to have positive emotions, high levels of negative emotions and problems with cognition, sleep and irritability damage all facets of life.

Megan needs weekly psychotherapy for two years.

She needs to see a psychiatrist for medications.  She needs to have monthly visits for six months.  There is only a one in three chance that she will have an adequate response to the first medication she is given.  She will likely need more than one anti-depressant and may need to change anti-depressant medications.  After 6 month she will hopefully be sufficiently well treated to decrease to 4 times a year.  Psychiatric medications will likely be needed for life.

Megan needs to be on effective anti-depressant medication.  The cost of treatment for depression and PTSD can vary widely.  Some people will respond to the combination of one SSRI with the likely addition of Trazodone for sleep.  Two thirds of patients do not have an adequate response to the first anti-depressant medication they try.  Most people will need to try a second medication or the addition of a second medication. A typical combination is the SSRI Lexapro 10mg the sedating antidepressant Trazadone 50 to 100 mg for sleep, and Buproprion XL 300 mg.  However, one third of patients will not respond to the first two medication treatments tried, will be labeled as having refractory depression and will then need to try treatments that are more expensive such as Trintellix or Esketamine or Auvelity.  Doctors may elect to first use Auvelity because of the much faster onset of action.  Some may initially prefer Trintellix because it improves concentration.  Parnate is generally the choice if the above attempts fail and frequently helps people with refractory depression.

Megan needs a gym membership and counseling by a nutritionist

All of my opinions in the report are held to a reasonable degree of medical certainty.  If new information becomes available I reserve the right to supplement my opinion.

Roy Lubit
_____

Roy Lubit MD, Ph.D